UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JASON WYATT ENGEL,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR CREDIT COMPANY LLC,<br><br>Defendant. | Case No. 26-cv-11560<br><br>Honorable Robert J. White |

**OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF COMPANION CASE DESIGNATION AND REQUEST FOR REASSIGNMENT**

Before the Court is Plaintiff Jason Wyatt Engel's motion for reconsideration of the October 13, 2026 companion case designation and request for reassignment. (ECF No. 41). Engel maintains that this action and Case No. 25-11544 involve materially different transactions, claims, and evidence and asks that this action be returned to the Court's ordinary assignment procedures. (ECF No. 41-1, PageID.581–584). For the following reasons, the motion is denied.

Motions for reconsideration of nonfinal orders are disfavored. E.D. Mich. LR 7.1(h)(2). A party seeking reconsideration based on a mistake must establish that the Court made a mistake based on the record and law before it at the time of the

decision and that correcting the mistake would change the outcome. E.D. Mich. LR 7.1(h)(2)(A).

Local Rule 83.11(b)(7) governs companion case designations. Parties must bring companion cases to the Court's attention through the civil case cover sheet or electronic filing system, but the determination whether cases are companions rests with the judges. E.D. Mich. LR 83.11(b)(7)(C)–(D). As this Court explained in *Darwich v. City of Dearborn*, No. 10-14073, 2011 WL 1810146, at *1 (E.D. Mich. May 12, 2011), "[r]eassignment decisions lie within the collective discretion of the judge to whom the case is assigned and the judge having the earlier case number." The rule does not invite litigants to seek reassignment by motion. *Id.* The Sixth Circuit likewise reviews a district court's decision whether to reassign a companion case for an abuse of discretion. *Jones v. City of Allen Park*, 167 F. App'x 398, 409 (6th Cir. 2006).

Engel's disagreement with the companion case designation does not itself establish a mistake warranting reconsideration. His characterization of the actions as independent, and his explanation that he commenced this action after omitting Ford Credit from another lawsuit, do not control the Court's determination under Local Rule 83.11. Nor does the existence of different claims or legal obligations necessarily preclude companion case treatment: the rule separately permits that designation when substantially similar evidence will be offered at trial. E.D. Mich.

LR 83.11(b)(7)(A)(i). Engel has not demonstrated a mistake requiring the Court to disturb its prior determination under the applicable reconsideration standard. Accordingly,

IT IS ORDERED that Plaintiff's motion for reconsideration of companion case designation and request for reassignment (ECF No. 41) is DENIED.

IT IS SO ORDERED.

Dated: November 10, 2026

s/Robert J. White
Robert J. White
United States District Judge